Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas

Case number (if known): _____   Chapter  11

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Sweet Spot Rentals, LLC | |
| 2. All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as names* | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 3 – 4 5 4 0 7 0 2 | |
| 4. Debtor's address | **Principal place of business**<br><br>2809 Mason St<br>Number     Street<br><br>Houston, TX 77006-3131<br>City                    State    ZIP Code<br><br>Harris<br>County | **Mailing address, if different from principal place of business**<br><br>Number     Street<br><br>City                    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number     Street<br><br>City                    State    ZIP Code |
| 5. Debtor's website (URL) | www.sweetspotrentals.com | |
| 6. Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☑ Other. Specify:  Residential Property Management | |

Debtor   Sweet Spot Rentals, LLC  
   Name

Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
❏ Railroad (as defined in 11 U.S.C. §101(44))  
❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
❏ Clearing Bank (as defined in 11 U.S.C. §781(3))  
☑ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)  
❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)  
❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5   3   1   3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. Check **all** that apply:

  ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ❏ A plan is being filed with this petition.

  ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No  
❏ Yes.   District _____ When _____ Case number _____  
                                       MM / DD / YYYY  
         District _____ When _____ Case number _____  
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No  
❏ Yes.  Debtor _____ Relationship _____  
        District _____ When _____  
                              MM / DD / YYYY  
        Case number, if known _____

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 2

Debtor      Sweet Spot Rentals, LLC                                        Case number *(if known)* _____
            Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number    Street<br>   _____<br>   City                                   State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>            Contact name   _____<br>            Phone          _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                      ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion<br>☑ $50,001-$100,000                 ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000                ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million              ☐ $100,000,001-$500 million       ☐ More than $50 billion |

Debtor   Sweet Spot Rentals, LLC
         Name                                                                    Case number *(if known)*

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/25/2024
              MM/ DD/ YYYY

X   /s/ Stefan Hollands                                    Stefan Hollands
    Signature of authorized representative of debtor       Printed name

Title   Owner

**18. Signature of attorney**

X   /s/ Michael L. Hardwick                    Date   03/25/2024
    Signature of attorney for debtor                  MM/ DD/ YYYY

Michael L. Hardwick
Printed name

Michael Hardwick Law, PLLC
Firm name

2200 North Loop West Ste 345
Number        Street

Houston                                TX           77018-1757
City                                   State        ZIP Code

(832) 930-9090                         michael@michaelhardwicklaw.com
Contact phone                          Email address

24088745                               TX
Bar number                             State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Sweet Spot Rentals, LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   03/25/2024    Signature           /s/ Stefan Hollands
                                  Stefan Hollands, Owner

Armond Giovannotto
6000 N Bentsen Palm Dr
Mission, TX 78574-1346


Booking.com
c/o Radius Global Solutions LLC
7831 Glenroy Rd Ste 250
Minneapolis, MN 55439-3117


Brennan & Clark
721 E Madison St Ste 200
Villa Park, IL 60181-3082


CHTD Company
Po Box 3576
Springfield, IL 62708-3576


Click Capital Group LLC
7901 4th St N Ste 300
St Petersburg, FL 33702-4399


Click Capital Group LLC
c/o Regent & Associates
500 Lovett Blvd Ste 225
Houston, TX 77006-4094


Click Capital Group LLC
c/o Regent & Associates
40 Wall St Ste 2901
New York, NY 10005-1304


Gator Plumbing
41786 Fm 510
Los Fresnos, TX 78566-4846

Green Note Capital Partners SPC LLC
1019 Avenue P Ste 401
Brooklyn, NY 11223-2366

Green Note Capital Partners SPC LLC
c/o Triton Recovery Group
19790 W Dixie Hwy Ste 301
Miami, FL 33180-2293

Hudson Creative Studio
2812 Hudson Pl
New Orleans, LA 70131-3858

J&D Pro-Waxing Cleaning Services
11724 Pine Grv
Mercedes, TX 78570-9379

Smart Business
561 Ne 79th St
Miami, FL 33138-4593

T-Mobile
Po Box 742596
Cincinnati, OH 45274-2596





## Franchise Tax Account Status

As of : 04/03/2024 08:52:21

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| SWEET SPOT RENTALS LLC | |
|---|---|
| Texas Taxpayer Number | 32071288818 |
| Mailing Address | 2809 MASON ST HOUSTON, TX 77006-3131 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 07/09/2019 |
| Texas SOS File Number | 0803362761 |
| Registered Agent Name | STEFAN HOLLANDS |
| Registered Office Street Address | 5414 AVE R1/2 GALVESTON, TX 77551 |

## Sweet Spot Rentals LLC
## Corporate Resolution to file Chapter 11 Bankruptcy

WHEREAS, the Limited Liability Company is unable to pay its debts as they mature, and WHEREAS, it would be in the best interests of creditors for the Limited Liability Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code, it is:

RESOLVED, that the Limited Liability Company file as soon as practicable a bankruptcy in accordance with Chapter 11 of the Bankruptcy Code. It is further;

RESOLVED, that the Limited Liability Company hire and retain Michael Hardwick Law, PLLC as attorney of record, to prepare and file the Chapter 11 case and represent it in connection therewith.

The undersigned hereby certifies that he is the duly elected and qualified Owner, Managing Member, and the custodian of the books and records of Sweet Spot Rentals, LLC, a limited-liability corporation duly formed pursuant to the laws of the State of Texas, and that the foregoing is a true record of a resolution duly adopted and that said meeting was held in accordance with state law on February 15, 2024, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Owner and Managing Member of the above-named Limited Liability Company on February 15, 2024.

Sweet Spot Rentals, LLC

By: _____
Stefan Hollands
its Owner and Managing Member

# TEXAS SECRETARY of STATE
## JANE NELSON

**Debtor Name Search**

This debtor name search was performed on 04/03/2024 09:00 AM with the following search parameters:
**DEBTOR NAME:** SWEET SPOT RENTALS
**CITY:** [Not Specified]

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 23-0051361516 | Financing Statement | 12/04/2023 04:41 PM | 3 | 12/04/2028 |

| | | | |
|---|---|---|---|
| Debtor | | SWEET SPOT RENTALS LLC | 6000 N BENTSEN PALM DR MISSION, TX, 78574 |
| Debtor | | SWEET SPOT RENTALS | 6000 N BENTSEN PALM DR MISSION, TX, 78574 |
| Debtor | | SWEET SPOT | 6000 N BENTSEN PALM DR MISSION, TX, 78574 |
| Debtor | | SSR | 6000 N BENTSEN PALM DR MISSION, TX, 78574 |
| Debtor | | SWEET SPOT RENTALS, LLC | 6000 N BENTSEN PALM DR MISSION, TX, 78574 |
| Debtor | | ARMANDO GIOVANNOTTO | 6000 N BENTSEN PALM DR MISSION, TX, 78574 |
| Debtor | | STEFAN ANDREW HOLLANDS | 13610 THUNDER STONE LN PEARLAND, TX, 77584 |
| Secured Party | | CHTD COMPANY | P.O. BOX 2576 SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 23-0055825505 | Financing Statement | 12/20/2023 12:06 PM | 3 | 12/20/2028 |

| | | | |
|---|---|---|---|
| Debtor | | SWEET SPOT RENTALS LLC | 3422 BUSINESS CENTER DR PEARLAND, TX, 77584 |
| Debtor | | SWEET SPOT RENTALS | 3422 BUSINESS CENTER DR PEARLAND, TX, 77584 |
| Debtor | | SWEET SPOT RENTALS LLC | 6000 NORTH BENTSEN PALM DRIVE MISSION, TX, 78574 |
| Debtor | | SWEET SPOT RENTALS | 6000 NORTH BENTSEN PALM DRIVE MISSION, TX, 78574 |
| Secured Party | | CLICK CAPITAL GROUP LLC | 7901 4TH ST N STE 300 ST. PETERSBURG, FL, 33702 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 23-0056619022 | Financing Statement | 12/27/2023 03:58 PM | 1 | 12/28/2028 |

| | | | |
|---|---|---|---|
| Debtor | | SWEET SPOT RENTALS, LLC | 6000 N BENTSEN PALM DR MISSION, TN, 78574 |
| Secured Party | | GREEN NOTE CAPITAL PARTNERS SPV, LLC | 1019 AVENUE P, SUITE 401 BROOKLYN, NY, 11223 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 24-0002928431 | Financing Statement | 01/22/2024 05:13 PM | 1 | 01/23/2029 |

| | | | |
|---|---|---|---|
| Debtor | | SWEET SPOT RENTALS LLC | 3422 BUSINESS CENTER DR PEARLAND, TX, 77584 |
| Debtor | | ARMAND GIOVANNOTTO | 3422 BUSINESS CENTER DR PEARLAND, TX, 77584 |
| Secured Party | | SMART BUSINESS | 561 NE 79TH STREET MIAMI, FL, 33138 |

Select All Filings: ☐
[Order Selected Filings]  [Order Certificate]  [New Search]

---

Instructions:
- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
CSC

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Corporation Service Company
251 LITTLE FALLS DRIVE
Wilmington, DE 19808
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER:** 23-0051361516
**FILING DATE:** 12/04/2023   04:41 PM
**DOCUMENT NUMBER:** 1310817280001
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S NAME**

1a. ORGANIZATION'S NAME: **SWEET SPOT RENTALS LLC**

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6000 N BENTSEN PALM DR | MISSION | TX | 78574 | USA |

**2. DEBTOR'S NAME**

2a. ORGANIZATION'S NAME: **SWEET SPOT RENTALS**

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6000 N BENTSEN PALM DR | MISSION | TX | 78574 | USA |

**3. SECURED PARTY'S NAME**

3a. ORGANIZATION'S NAME: **CHTD Company**

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 2576 | Springfield | IL | 62708 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
COLLATERAL: All present and future assets of the Debtor

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust ☐ being administered by a Decedent's Personal Representative

6a. ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[270570773]

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR 9a. ORGANIZATION'S NAME
**SWEET SPOT RENTALS LLC**

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

OR 10a. ORGANIZATION'S NAME
**SWEET SPOT**

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6000 N BENTSEN PALM DR | MISSION | TX | 78574 | USA |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

OR 11a. ORGANIZATION'S NAME

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR
- 9a. ORGANIZATION'S NAME: **SWEET SPOT RENTALS LLC**
- 9b. INDIVIDUAL'S SURNAME:
- FIRST PERSONAL NAME:
- ADDITIONAL NAME(S)/INITIAL(S):  SUFFIX:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (10a or 10b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

OR
- 10a. ORGANIZATION'S NAME: **SSR**
- 10b. INDIVIDUAL'S SURNAME:
- FIRST PERSONAL NAME:
- ADDITIONAL NAME(S)/INITIAL(S):
- SUFFIX:
- 10c. MAILING ADDRESS: **6000 N BENTSEN PALM DR**
- CITY: **MISSION**
- STATE: **TX**
- POSTAL CODE: **78574**
- COUNTRY: **USA**

**10. ADDITIONAL DEBTOR'S NAME:**

OR
- 10a. ORGANIZATION'S NAME: **SWEET SPOT RENTALS, LLC**
- 10c. MAILING ADDRESS: **6000 N BENTSEN PALM DR**
- CITY: **MISSION**
- STATE: **TX**
- POSTAL CODE: **78574**
- COUNTRY: **USA**

**10. ADDITIONAL DEBTOR'S NAME:**

OR
- 10a. ORGANIZATION'S NAME:
- 10b. INDIVIDUAL'S SURNAME: **GIOVANNOTTO**
- FIRST PERSONAL NAME: **ARMANDO**
- 10c. MAILING ADDRESS: **6000 N BENTSEN PALM DR**
- CITY: **MISSION**
- STATE: **TX**
- POSTAL CODE: **78574**
- COUNTRY: **USA**

**10. ADDITIONAL DEBTOR'S NAME:**

OR
- 10a. ORGANIZATION'S NAME:
- 10b. INDIVIDUAL'S SURNAME: **HOLLANDS**
- FIRST PERSONAL NAME: **STEFAN**
- ADDITIONAL NAME(S)/INITIAL(S): **ANDREW**
- 10c. MAILING ADDRESS: **13610 THUNDER STONE LN**
- CITY: **PEARLAND**
- STATE: **TX**
- POSTAL CODE: **77584**
- COUNTRY: **USA**

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

First Corporate Solutions
914 S Street
Sacramento, CA 95811
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER:** 23-0055825505
**FILING DATE:** 12/20/2023   12:06 PM
**DOCUMENT NUMBER:** 1316082580001
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name; if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

**1a. ORGANIZATION'S NAME:** SWEET SPOT RENTALS LLC

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3422 BUSINESS CENTER DR | PEARLAND | TX | 77584 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name; if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

**2a. ORGANIZATION'S NAME:** SWEET SPOT RENTALS

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3422 BUSINESS CENTER DR | PEARLAND | TX | 77584 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

**3a. ORGANIZATION'S NAME:** CLICK CAPITAL GROUP LLC

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7901 4TH ST N STE 300 | ST. PETERSBURG | FL | 33702 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
(A) All accounts, including without limitation, all deposit accounts, accounts-receivable, and other receivables, as those terms are defined by Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by SWEET SPOT RENTALS LLC and SWEET SPOT RENTALS; and (b) all proceeds, as that term is defined by Article 9 of the UCC, of SWEET SPOT RENTALS LLC and SWEET SPOT RENTALS.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[UCC1-1303583]

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR
9a. ORGANIZATION'S NAME
**SWEET SPOT RENTALS LLC**

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)　　SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

OR
10a. ORGANIZATION'S NAME
**SWEET SPOT RENTALS LLC**

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)　　SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6000 NORTH BENTSEN PALM DRIVE | MISSION | TX | 78574 | USA |

11. ☐ ADDITIONAL SECURED PARTY'S NAME <u>or</u> ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

OR
11a. ORGANIZATION'S NAME

11b. INDIVIDUAL'S SURNAME　　FIRST PERSONAL NAME　　ADDITIONAL NAME(S)/INITIAL(S)　　SUFFIX

11c. MAILING ADDRESS　　CITY　　STATE　　POSTAL CODE　　COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR
9a. ORGANIZATION'S NAME
**SWEET SPOT RENTALS LLC**

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (10a or 10b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

OR
10a. ORGANIZATION'S NAME
**SWEET SPOT RENTALS**

10b. INDIVIDUAL'S SURNAME    FIRST PERSONAL NAME    ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **6000 NORTH BENTSEN PALM DRIVE** | **MISSION** | **TX** | **78574** | **USA** |

FILING OFFICE COPY

# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
CSC

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Corporation Service Company
251 LITTLE FALLS DRIVE
Wilmington, DE 19808
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER:** 23-0056619022
**FILING DATE:** 12/27/2023    03:58 PM
**DOCUMENT NUMBER:** 1317502260001
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME
1a. ORGANIZATION'S NAME: **SWEET SPOT RENTALS, LLC**
1c. MAILING ADDRESS: 6000 N BENTSEN PALM DR | CITY: MISSION | STATE: TN | POSTAL CODE: 78574 | COUNTRY: USA

2. DEBTOR'S NAME
(blank)

3. SECURED PARTY'S NAME
3a. ORGANIZATION'S NAME: **GREEN NOTE CAPITAL PARTNERS SPV, LLC**
3c. MAILING ADDRESS: 1019 AVENUE P, SUITE 401 | CITY: BROOKLYN | STATE: NY | POSTAL CODE: 11223 | COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:
All personal property of every kind and nature, including, without limitation, all accounts, contract rights, rights to the payment of money, insurance claims and proceeds, chattel paper, electric chattel paper, documents, instruments, securities and other investment property, deposit accounts, supporting obligations of every nature, and general intangibles, including without limitation, customer lists, and all books and records related thereto, and all recorded data of any kind and any nature, regardless of the medium of recording; together with, to the extent not listed above as the original collateral, all substitutions and replacements for and products of any of the foregoing property, and together with proceeds of any and all of the foregoing property.

8. OPTIONAL FILER REFERENCE DATA:
[272207352]

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) |
|---|
| CSC |

| B. E-MAIL CONTACT AT SUBMITTER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Corporation Service Company |
| 251 LITTLE FALLS DRIVE |
| Wilmington, DE 19808 |
| USA |

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER:** 24-0002928431
**FILING DATE:** 01/22/2024    05:13 PM
**DOCUMENT NUMBER:** 1324512050001
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name; if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SWEET SPOT RENTALS LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3422 BUSINESS CENTER DR | Pearland | TX | 77584 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name; if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| GIOVANNOTTO | ARMAND | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3422 Business Center Dr | Pearland | TX | 77584 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SMART BUSINESS | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 561 NE 79TH STREET | Miami | FL | 33138 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ASSETS INCLUDING PROCEEDS AND PRODUCTS ACCOUNT(S) INCLUDING PROCEEDS AND PRODUCTS CHATTEL PAPER INCLUDING PROCEEDS AND PRODUCTS INVENTORY INCLUDING PROCEEDS AND PRODUCTS EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS NEGOTIABLE INSTRUMENTS INCLUDING PROCEEDS AND PRODUCTS GENERAL INTANGIBLE(S) INCLUDING PROCEEDS AND PRODUCTS

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box. ☐ Agricultural Lien ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:
[274284008]

FILING OFFICE COPY